IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

LARRY GENE NOE – #128640

No. C 12-80295 WHA

**ORDER OF SUSPENSION**

    Because Larry Gene Noe has failed to respond to the order to show cause, Mr. Noe's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE